"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: SA 08-047M |
| Plaintiff, ) | ORDER OF DETENTION |
| vs. ) | |
| ANDY TRONG DO, ) | |
| Defendant. ) | |

**I.**

A. (X) On motion of the Government in a case allegedly involving:

    1.  ( )  a crime of violence.

    2.  ( )  an offense with maximum sentence of life imprisonment or death.

    3.  (X)  a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.  ( )  any felony - where defendant convicted of two or more prior offenses described above.

    5.  ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1. B. (X) On motion by the Government/( ) on Court's own motion, in a case allegedly involving:
2. (X) On the further allegation by the Government of:
   1. (X) a serious risk that the defendant will flee.
   2. ( ) a serious risk that the defendant will:
      a. ( ) obstruct or attempt to obstruct justice.
      b. ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.
3. C. The Government (X) is/( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

**II.**

A. (X) The Court finds that no condition or combination of conditions will reasonably assure:
   1. (X) the appearance of the defendant as required.
      (X) and/or
   2. (X) the safety of any person or the community.
B. (X) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

**III.**

The Court has considered:
A. (X) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;
B. (X) the weight of evidence against the defendant;

C.   (X)   the history and characteristics of the defendant; and

D.   (X)   the nature and seriousness of the danger to any person or the community.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A.   (X)   As to flight risk: Lack of sufficient bail resources; lack of strong ties to the local community; and failure to rebut the presumption of being a flight risk.

B.   (X)   As to danger: The nature of the charged offense and defendant's failure to rebut the presumption of danger.

## VI.

A.   ( )   The Court finds that a serious risk exists the defendant will:
    1.   ( )   obstruct or attempt to obstruct justice.
    2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.   The Court bases the foregoing finding(s) on the following:

_____

_____

_____

## VI.

A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.   IT IS FURTHER ORDERED that the defendant be committed to the custody of

1 the Attorney General for confinement in a corrections facility separate, to the
2 extent practicable, from persons awaiting or serving sentences or being held in
3 custody pending appeal.
4 C. IT IS FURTHER ORDERED that the defendant be afforded reasonable
5 opportunity for private consultation with counsel.
6 D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on
7 request of any attorney for the Government, the person in charge of the
8 corrections facility in which defendant is confined deliver the defendant to a
9 United States marshal for the purpose of an appearance in connection with a court
10 proceeding.

12 DATED: February 7, 2008       _____/ s /_____
                                  ARTHUR NAKAZATO
13                                UNITED STATES MAGISTRATE JUDGE